In the Matter of the Application of ROSE A. DILLON, Appellant, for a Certiorari Directed to JAMES O'SHAUGHNESSY, President, and Others, etc., Respondents.— Final order dismissing certiorari proceeding unanimously affirmed, with ten dollars costs and disbursements. The petitioner has mistaken her remedy. If the present classification under the present ordinance* is unreasonable, discriminatory or confiscatory, it would seem that her proper course should be to apply for a permit to erect the desired apartment house, and, in the event of its denial, to seek by mandamus its issuance, attacking the present classification as unreasonable.

* See Village of Tuckahoe Building Zone Ordinance of 1923, as amd.— [REP.

(*Matter of Isenbarth* v. *Bartnett*, 237 N. Y. 617.)   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.